1814.

MORRIS
v.
MULLETT.

referees, and the facts therein contained, subject to the variations and alterations herein directed, in relation to the exceptions and parts of exceptions herein before mentioned, as allowed or varied; in relation to which, he is to be governed by the said exceptions, and the said alterations and variations thereof, as part of this order for taking the said account.

" And it is further ordered, that the costs upon the said exceptions be allowed to the prevailing party, where they have been allowed, and to the opposite party, where they have been disallowed, to be taxed by the master; and that the sum taxed in favour of the party having the smallest sum, be set off against the amount taxed in favour of the other party, and that the balance be paid."

—————◇※◎—————

*May* 18th.   MORRIS AND ANOTHER *against* MULLETT AND OTHERS.

It is too late, after two terms have intervened, and the decree is signed, to move for a retaxation of costs.

*Pendleton*, for the defendants, moved for a retaxation of the costs in this cause.

The notice for taxation was of the 17th of *August* last; and was received on the morning of that day, too late to attend before the master.   No application for retaxation was made at the subsequent terms, in *August* and *October*; and the decree in the cause was made up and signed in *October* last.

*Riggs*, contra.

*Per Curiam*.   The application comes too late, and must be denied.

                                        Motion denied.